FILED ✓   RECEIVED
ENTERED    SERVED ON
           COUNSEL/PARTIES OF RECORD

JUL - 8 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:09-CR-505-RCJ (PAL) |
| ) | |
| BRIGARDE SAVAGE, ) | |
| ) | |
| Defendant. ) | |

### FINAL ORDER OF FORFEITURE

On February 18, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant BRIGARDE SAVAGE to criminal offense, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have a requisite nexus to the offense to which defendant BRIGARDE SAVAGE pled guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on March 10, 2010, March 17, 2010, and March 24, 2010, in the Las Vegas Review-Journal/Sun notifying all known third parties of their right to petition the Court.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

a. a Remington, model 870 12 gauge shotgun, serial # AB018175M;

b. a Masterpiece .45 caliber pistol, serial # A4487;

c. a Smith & Wesson model 642-2 .38 caliber revolver, serial # DBU0289;

d. a Smith & Wesson model 915 9mm pistol, serial # VAH2467;

e. a Glock model 26 9mm pistol, serial # EWN203;

f. a Springfield Armory model XD9 9mm pistol, serial # US866551

g. a Jennings model J-22 .22 caliber pistol, serial # 750126; and

h. any and all ammunition.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this __8__ day of __July__, 2010.

_____
UNITED STATES DISTRICT JUDGE